UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSSELINE CASTRO *on behalf of herself and others similarly situated*,<br><br>                                      *Plaintiff,*<br><br>-against-<br><br>MR V BERRY FRUTAS Y VEGETALES INC; MR. LIME & MR. KIWI INC; KICOPI 957 INC; KICOPI 31 INC; KICOPI 32, INC; JUNSEOK YOON; JACK YOON; DONG KEUN YOON; and JOON YUN,<br><br>                                      *Defendants*. | Case No. 1:21-cv-01201(CBA)(CLP)<br><br>NOTICE OF ACCEPTANCE WITH OFFER OF JUDGMENT |

TO:   Littler Mendelson, P.C.,
      William H. Ng
      290 Broadhollow Road, Suite 305
      Melville, NY 11747
      wng@littler.com

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiff Josseline Castro ("Plaintiff") hereby accepts the attached Offer of Judgement by Defendants Mr V Berry Frutas Y Vegetales Inc., Mr. Lime & Mr. Kiwi Inc., Kicopi 957 Inc., Kicopi 31, Inc., Kicopi 32, Inc., Junseok Yoon, Dong Keun Yoo (incorrectly sued herein as Dong Keun), and Junha Yun (incorrectly sued herein as Joon Yun) (collectively, "Defendants") in the above-captioned action, in full and final settlement of all of Plaintiff's claims against Defendants arising out, alleged in, or related to, the facts and transactions alleged in the above-captioned action.

Date:   November 22, 2021
        New York, NY

*Respectfully Submitted*,

Law Office of Mohammed Gangat

*[signature]*
_____
Mohammed Gangat, Esq.

675 3rd Avenue, Suite 1810
New York, New York 10017
mgangat@gangatpllc.com